UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR THOMAS,<br><br>             Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>             Defendant. | CASE NO. CV 16-7641-AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: June 27, 2017

                                           ALICIA G. ROSENBERG
                                       United States Magistrate Judge